**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| KLIMA WELL SERVICE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HARRY HURLEY, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.  6:14-cv-01250-JTM |

**MOTION OF PLAINTIFF, KLIMA WELL SERVICE, INC.
TO SUBSTITUTE MARK A. KEENAN, KEENAN BUSINESS GROUP, LLC,
WILLIAM CONNER, CONNER OIL & GAS, LLC AND
C&K OPERATIONS, LLC AS PLAINTIFFS IN PLACE OF
KLIMA WELL SERVICE, INC.**

COMES NOW Plaintiff, Klima Well Service, Inc. ("Klima"), by and through its counsel of record, and Mark A. Keenan, Keenan Business Group, LLC, William Conner, Conner Oil & Gas, LLC, and C&K Operations, LLC (collectively referred to as "Transferee Parties"), who all appear by and through their counsel, Steven D. Gough of Withers, Gough, Pike, Pfaff & Peterson, LLC, and hereby move pursuant to District of Kansas R. 7.1 and Fed. R. Civ. P. 25(c), that this Court substitute the Transferee Parties as plaintiffs and replace Klima Well Service, Inc. as plaintiff because Klima Well Service, Inc. has transferred all of its interests related to collection of amounts owed by defendants to Transferee Parties.  In support of this Motion, Klima and Transferee Parties state as follows:

STATEMENT OF FACTS

1. On January 6, 2016, Klima and the Transferee Parties entered into a certain Agreement dated January 6, 2016.  A true and accurate copy of the January 6, 2016 Agreement is attached hereto as Exhibit A.

2. Pursuant to the January 6, 2016 Agreement, Klima assigned all of its undivided 5.4 % working interest (.0432 NRI) to Keenan Business Group, LLC (an undivided 2.7% gross working interest) and to Conner Oil & Gas, LLC (an undivided 2.7% gross working interest). Exhibit A, ¶1.

3. Pursuant to the January 6, 2016 Agreement, Klima assigned operations in the Alameda Unit to C&K Operations, LLC effective January 1, 2016. Exhibit A, ¶2.

4. Pursuant to the January 6, 2016 Agreement, Klima assigned to Mark A. Keenan, Keenan Business Group, LLC, William Conner and Conner Oil & Gas, LLC any rights held by Klima "in amounts owed by investors in the leases [that comprised the Alameda Unit], consisting of joint interest billings made for work done and expenses incurred prior to January 1, 2016, for which payment had not been received by [Klima]." Exhibit A, ¶8.

5. The January 6, 2016 Agreement also provided that the Transferee Parties would take appropriate action to have themselves substituted as plaintiffs in place of Klima and to cause Klima to be removed as plaintiff in this lawsuit. Exhibit A, ¶5. The Agreement provided that once this had been accomplished, the Keenan Law Firm, P.A., would be permitted, with the Court's consent, to withdraw as counsel of record. Id.

6. Mark A. Keenan, Keenan Business Group, LLC, William Conner, and Conner Oil & Gas, LLC, by virtue of the January 6, 2016 Agreement, are entitled to collect all amounts owed by defendants, including defendant Harry Hurley ("Hurley"), for joint interest billings made for work done and expenses incurred prior to January 1, 2016.

7. By virtue of the January 6, 2016 Agreement, C&K Operations, LLC is entitled to collect for all operating expenses owed by the defendants that were incurred after January 1, 2016.

8. Mark A. Keenan is a resident of Florida and resides at 1321 Lobelia Drive, Lake Mary, FL 32746.

9. Keenan Business Group, LLC is 100% owned by Mark A. Keenan, who is a Florida resident and who resides at 1321 Lobelia Drive, Lake Mary, FL 32746.

10. William Conner is a resident of Florida and resides at 7603 SE Sanderling Place, Hobe Sound, FL 33455.

11. Conner Oil & Gas, LLC is 100% owned by William Conner, who is a Florida resident and who resides at 7603 SE Sanderling Place, Hobe Sound, FL 33455.

12. C&K Operations, LLC is owned by Mark A. Keenan and William Conner who are both Florida residents who reside at the addresses listed in Paragraphs 8 and 10 above.

13. Substitution of the Transferee Parties would not destroy diversity of citizenship because defendants are not residents of any state where the Transferee Parties are residents.

14. Klima and Transferee Parties intend to comply with all deadlines applicable to this case.

15. By Minute Entry on November 30, 2015 (Docket #55), this Court ordered a Settlement Conference to take place by February 15, 2016. By letter dated January 29, 2016, Transferee Parties made a settlement offer to defendant, Hurley which offer expired on February 5, 2016. Defendant Hurley has apparently taken the position that a Settlement Conference should not take place because Klima is not the real party in interest. This Motion, if granted, would substitute the Transferee Parties for Klima as the real party in interest with respect to claims asserted against defendant Hurley in this lawsuit. Transferee Parties are willing to participate in any Settlement Conference ordered by the Court.

MEMORANDUM OF LAW

Fed. R. Civ. P. 25(c) provides as follows:

***Transfer of Interest.*** If an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party. The motion must be served as provided in Rule 25(a)(3).

Fed. R. Civ. P. 25(c). By virtue of the January 6, 2016 Agreement, the Transferee Parties have succeeded to all rights held by Klima, including claims to recover for unpaid joint interest billings made by Klima to defendants for work done and expenses incurred on the Alemeda Unit prior to January 1, 2016. C&K Operations, LLC received the transfer of operations from Klima effective January 1, 2016, which entitles C&K Operations, LLC to recover for unpaid joint interest billings owed by defendants for work done and expenses incurred after January 1, 2016.

Based on the foregoing, Klima and the Transferee Parties request that the Transferee Parties be substituted as plaintiffs, that Klima be removed as plaintiff, and that the Keenan Law Firm, P.A., be allowed to withdraw as counsel of record.

        Timothy R. Keenan
        KEENAN LAW FIRM, P.A.
        2200 Lakin-P.O. Drawer 459
        Great Bend, KS  67530
        Phone: (620) 793-7811
        Fax: (620) 793-9762
        Email: timkeenan@klf.kscoxmail.com

        By:   s/ Timothy R. Keenan
            Timothy R. Keenan, #11314
            ***Attorney for Klima Well Service, Inc.***

        Steven D. Gough
        WITHERS, GOUGH, PIKE, PFAFF & PETERSON, LLC
        200 West Douglas, Suite 1010
        Wichita, KS  67202
        Phone: (316) 267-1562
        Fax: (316) 303-1018
        Email: sgough@withersgough.com


By:  s/ Steven D. Gough
    Steven D. Gough, #09016
    *Attorney for Mark A. Keenan,*
    *Keenan Business Group, LLC,*
    *William Conner, Conner Oil & Gas, LLC*
    *and C&K Operations, LLC*
    *(Transferee Parties)*


## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to those parties that have registered in this case.


      s/ Steven D. Gough
      Steven D. Gough, #09016